SAMUEL SHAPIRO *v.* PAUL WHITMAN.

May Term, 1924.

Present: WATSON, C. J., POWERS, TAYLOR, SLACK, and BUTLER, JJ.

Opinion filed October 7, 1924.

*Holden & Healy* for the plaintiff.

*Chase & Chase* for the defendant.

SLACK, J. This case was heard with *Shapiro v. Reed* reported in the 98 Vt. 76, and presents for review the same questions there raised and considered. On the authority of that case, the instant case must go back for a new trial.

*Judgment reversed and cause remanded. Petition dismissed without costs to either party.*